FILED

E NOV 13 2017

WASHINGTON STATE
SUPREME COURT



# THE SUPREME COURT OF WASHINGTON

CHELAN BASIN CONSERVANCY,

    Petitioner,

  v.

GBI HOLDING CO., STATE OF
WASHINGTON, and CITY OF CHELAN

    Respondents,

and

CHELAN COUNTY PUBLIC UTILITY
DISTRICT,

    Additional Named Party.

**ORDER ON THE MOTIONS
FOR RECONSIDERATION**

No. 93381-2

Court of Appeals No.
33196-2-III
(consolidated with 33239-0-III)

Chelan County No.
11-2-01267-5

The Court considered the "STATE OF WASHINGTON'S MOTION FOR RECONSIDERATION", the "JOINDER AND MOTION FOR RECONSIDERATION FOR RESPONDENT GBI HOLDING CO." and "PETITIONER CBC's ANSWER TO RESPONDENTS' MOTIONS FOR RECONSIDERATION" and determined that the following order be entered;

Now, therefore, it is hereby

ORDERED:

By unanimous vote, the opinion filed on July 6, 2017, is hereby withdrawn. A new opinion will follow without additional briefing by the parties and without oral argument. The motions for reconsideration are moot.

Page Two
No. 93381-2
ORDER

DATED at Olympia, Washington this 13th day of November, 2017.

For the Court

Fairhurst, C.J.
CHIEF JUSTICE